NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
MICHAEL S. CARRILLO, Esq. SBN 258878
MARIA F. GARCIA BALDIZZONE, Esq. SBN 367907
CARRILLO LAW FIRM, LLP
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

ATTORNEY(S) FOR: SHANNON RINCON, et. al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SHANNON RINCON, S.O, a minor, by and through his Guardian Ad Litem, SHANNON RINCON

Plaintiff(s),

v.

COUNTY OF LOS ANGELES, THOMAS GIANDOMENICO, ROBERT LUNA and DOES 1 through 20, inclusive

Defendant(s)

CASE NUMBER:

2:26-cv-11360

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for SHANNON RINCON and S.O., A Minor or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| SHANNON RINCON | PLAINTIFF |
| S.O, a minor, by and through his Guardian Ad Litem, SHANNON RINCON | PLAINTIFF |
| COUNTY OF LOS ANGELES | DEFENDANT |
| THOMAS GIANDOMENICO | DEFENDANT |
| ROBERT LUNA | DEFENDANT |
| DOES 1 through 20 | DEFENDANT |

09/30/2026
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Maria F. Garcia Baldizzone