LUIS A. CARRILLO, SBN 70398
MICHAEL S. CARRILLO, SBN 258878
MARIA F. GARCIA BALDIZZONE, ESQ., SBN 367907
**CARRILLO LAW FIRM, LLP**
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SHANNON RINCON, S.O, a minor, by and through his Guardian Ad Litem, SHANNON RINCON**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**COUNTY OF LOS ANGELES, THOMAS GIANDOMENICO, ROBERT LUNA and DOES 1 through 20, inclusive,**<br><br>**Defendants.** | **Case No.:** 2:26-cv-11360-FMO-SSC<br><br>*[Assigned for all Purposes to: Hon. Fernando M. Olguin]*<br><br>**APPLICATION OF SHANNON RINCON FOR APPOINTMENT AS GUARDIAN AD LITEM FOR THE MINOR S.O.**<br><br>[Cal. Code Civ. Proc. § 373]<br><br>**Complaint Filed:** September 30, 2026<br><br>[Proposed Order filed concurrently herewith] |

**APPLICATION OF SHANNON RINCON FOR APPOINTMENT AS GUARDIAN AD LITEM FOR THE MINOR S.O.**

1. Minor S.O. is the Plaintiff in the above-referenced case. SHANNON RINCON seeks to be appointed as the guardian *ad litem* for the above-named minor. Said minor has no general guardian and no previous petition for appointment of a guardian ad litem for S.O. has been filed in this matter.

2. SHANNON RINCON is the biological mother of the minor child, S.O., born in 2011.

3. Minor S.O. has commenced this action for violations of his constitutional rights under the Fourteenth Amendment, pursuant to 42 U.S.C. § 1983, including his right to privacy and family integrity, as well as related California state law claims for negligence, invasion of privacy, and intentional infliction of emotional distress. The violations and wrongful conduct arise from the unauthorized taking, possession, viewing, sharing, and dissemination of photographs depicting the remains of his deceased father, William Osborn, following his death on July 18, 2025, in Los Angeles County, California. Plaintiff first learned of the alleged wrongful conduct on or about March 26, 2026. As a result, S.O. has suffered and continues to suffer emotional distress and other damages.

4. SHANNON RINCON is a resident of the County of Orange, State of California.

5. SHANNON RINCON is a responsible adult and fully competent to understand and protect the rights of said minor. Applicant is willing to act as guardian ad litem for the above-named minor, as appears by her consent attached hereto.

//

//

//

//

6. Plaintiff therefore respectfully requests an order appointing SHANNON RINCON as guardian *ad Litem* for the Minor, S.O.

Dated: November 18, 2026

**CARRILLO LAW FIRM, LLP**

Maria F. Garcia Baldizzone
*Attorney for Plaintiffs*

## CONSENT TO ACT AS GUARDIAN AD LITEM

I, SHANNON RINCON, consent to act as guardian ad litem for S.O., a minor, in above-entitled action.

Dated: 11 / 18 / 2026

SHANNON RINCON
[proposed] Guardian *ad litem*