LUIS A. CARRILLO, SBN 70398
MICHAEL S. CARRILLO, SBN 258878
MARIA F. GARCIA BALDIZZONE, ESQ., SBN 367907
**CARRILLO LAW FIRM, LLP**
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SHANNON RINCON, S.O, a minor, by and through his Guardian Ad Litem, SHANNON RINCON**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**COUNTY OF LOS ANGELES, THOMAS GIANDOMENICO, ROBERT LUNA and DOES 1 through 20, inclusive,**<br><br>**Defendants.** | **Case No.:** 2:26-cv-11360-FMO-SSC<br><br>*[Assigned for all Purposes to: Hon. Fernando M. Olguin]*<br><br>**DECLARATION OF SHANNON RINCON IN FURTHER SUPPORT FOR APPOINTMENT AS GUARDIAN AD LITEM FOR THE MINOR PLAINTIFF S.O.** |

## DECLARATION OF SHANNON RINCON

I, SHANNON RINCON, declare as follows:

1. I have personal knowledge of the matters stated herein and would and could testify competently thereto if called.

2. My daughter, S.O., has commenced the civil action entitled *Shannon Rincon, et al. v. County of Los Angeles, et al.*, Case No. 2:26-cv-11360-FMO-SSC, in connection with the alleged wrongful taking, possession, viewing, sharing, and dissemination of photographs depicting the remains of her deceased father, William Osborn, following his death on July 18, 2025, in Los Angeles County, California (hereinafter referred to as the "Action").

3. I make this declaration in further support of my request to be appointed as guardian *ad litem* in the Action on behalf of the minor Plaintiff S.O.

4. I am the biological mother of S.O., born on February 27, 2011. Plaintiff S.O. has no general guardian and no previous petition for appointment of a guardian *ad litem* for Plaintiff S.O. has been filed in this matter.

5. I have no known or foreseeable interests adverse to the interests of the minor Plaintiff. I have no claims against the minor plaintiff in connection with the subject incident or the Action.

6. I am a responsible adult and fully competent to understand and protect the rights of the minor Plaintiff. I am qualified to be the guardian *ad litem* as I am of sound mind, independent, and capable of meeting the responsibilities of the guardian *ad litem*.

7. I am prepared and desire to act as guardian *ad litem* for the above-named minors. I consent to act as guardian *ad litem* for the minor Plaintiff, S.O.

8. I, therefore, respectfully request an order appointing me to act as guardian *ad litem* for the minor Plaintiff S.O.

9. I am a resident of the County of Orange, California.

//

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 11 / 18 / 2026 , in Los Angeles, California.

SHANNON RINCON
[Proposed] Guardian *ad litem*