**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SHANNON RINCON, S.O, a minor, by and through his Guardian Ad Litem, SHANNON RINCON**

**Plaintiffs,**

**v.**

**COUNTY OF LOS ANGELES, THOMAS GIANDOMENICO, ROBERT LUNA and DOES 1 through 20, inclusive,**

**Defendants.**

**Case No.:** 2:26-cv-11360-FMO-SSC

*[Assigned for all Purposes to: Hon. Fernando M. Olguin]*

**[*PROPOSED*] ORDER GRANTING APPLICATION OF SHANNON RINCON FOR APPOINTMENT AS GUARDIAN AD LITEM FOR THE MINOR S.O.**

**HAVING CONSIDERED PLAINTIFF'S** Application for Appointment of SHANNON RINCON as Guardian ad litem for the minor Plaintiff, S.O.

**IT IS HEREBY ORDERED THAT** SHANNON RINCON shall be appointed as the guardian *ad litem* for minor Plaintiff, S.O.

**IT IS SO ORDERED**

Dated: **UNITED STATES DISTRICT COURT**

______________________________
Fernando M. Olguin
Honorable US District Court Judge